# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

CRYSTAL BROWN,

    Plaintiff,

v.     Case No. 2:20-cv-2842-MSN-tmp
    JURY DEMAND

BARTLETT OPERATOR, LLC,

    Defendant.

## JUDGMENT

**JUDGMENT BY COURT.** This action came before the Court on Defendant's Notice of Removal (ECF No. 1), filed November 18, 2020,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Stipulation of Dismissal without Prejudice (ECF No. 31), filed March 8, 2022, this matter is hereby **DISMISSED WITHOUT PREJUDICE**.

**APPROVED:**

*s/ Mark S. Norris*
MARK S. NORRIS
UNITED STATES DISTRICT JUDGE

March 14, 2022
Date